IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DANA AUSTIN and RENE YELL,

    Plaintiffs,

v.                                                                                    1:12-cv-232 JCH/ACT

DISTRIBUTION EXPRESS, INC. and
WILLIAM NICHOLS VIROSTKO,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the Stipulated Motion for Dismissal with Prejudice, the Court having reviewed the Motion and understanding that all claims that are the subject matter of the litigation have been settled, finds that the Motion is well founded and should be granted.  NOW THEREFORE,

IT IS ORDERED, ADJUDGED AND DECREED that all claims of Plaintiffs that were brought or could have been brought in the litigation against the Defendants are dismissed with prejudice.

IT IS FURTHER ORDERED that each party is to pay their respective expenses of litigation, attorneys' fees and costs.

*[signature]*
THE HONORABLE JUDITH C. HERRERA
UNITED STATES DISTRICT JUDGE

SUBMITTED:

GUEBERT BRUCKNER P.C.

By  */s/ Christopher J. Supik*
    Terry R. Guebert
    Christopher J. Supik
    P.O. Box 93880
    Albuquerque, NM 87199-3880
    (505) 823-2300
    tguebert@guebertlaw.com
    csupik@guebertlaw.com
    *Attorneys for Defendants*

APPROVED:

TRENCHARD & HOSKINS

By  *Approved electronically October 31, 2012*
    Robert Trenchard
    414 Executive Center Blvd., Ste. 105
    El Paso, TX 79902-1015
    (915) 533-2837
    bobtjr@yahoo.com
    *Attorney for Plaintiff*

F:\Civil\Proposed text\12cv232 Austin v Distribution Express Stip Order Dismiss.wpd/mmm